# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-784
_____

ARTHUR A. GROSSIE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Clay County.
Don H. Lester, Judge.

August 22, 2019

PER CURIAM.

AFFIRMED.

RAY, C.J., and ROWE and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Arthur A. Grossie, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.